UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Arminda Janousek, et al. v. Bayer Corporation, et al.* | No. 14-cv-10320-DRH |
| *Eryn Leigh Mahoney v. Bayer Corporation, et al.* | No. 13-cv-10928-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
 **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.02.10 11:43:37 -06'00'

APPROVED:
 DISTRICT JUDGE
 U. S. DISTRICT COURT